MCGREGOR W. SCOTT
United States Attorney
ALSTYN BENNETT
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00388-AC |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| SCOTT J. KRASON, | DATE:  January 19, 2021 |
| | TIME:  9:00 a.m. |
| Defendant. | JUDGE: Hon. Allison Claire |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on January 19, 2021 at 9:00 a.m.

2. Since the initial appearance, the parties have conferred and believe that this case can be resolved over the next month.

3. By this stipulation, the parties now jointly move to

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER            1            U.S. V. SCOTT J. KRASON

continue the status conference to February 16, 2021 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: January 15, 2021

McGREGOR W. SCOTT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Special Assistant U.S. Attorney

Dated: January 15, 2021

/s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
SCOTT J. KRASON
*(Per 01/15/2021 email authorization from David W. Dratman)*

## [PROPOSED] FINDINGS AND ORDER

IT IS SO ORDERED, that the status conference scheduled for January 19, 2021 is continued to February 16, 2021 at 2:00 p.m.

FOUND AND ORDERED this 15th day of January, 2021.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE